## DORLAND v. BERNAL et al.

### No. 11,928; April 18, 1889.

21 Pac. 435.

**Appeal—Record—Absence of Judgment-roll.**—An appeal from a judgment, and from an order discharging a rule requiring plaintiff to show cause, etc., will be dismissed when the transcript does not contain a copy of the judgment-roll.

APPEAL from Superior Court, City and County of San Francisco; John F. Finn, Judge.

For opinion on former appeal, see 4 Pac. 1065.

Moses G. Cobb for appellants; J. M. Wood (J. C. Bates of counsel) for respondent.

PER CURIAM.—As stated in the notice of appeal, this appeal is from a judgment entered June 1, 1886, and from the order discharging the order upon the plaintiff to show cause, etc., made on the twenty-third day of July, 1886. The transcript does not contain a copy of the judgment-roll, and is fatally defective in that respect. There is no order of July 23, 1886, in the transcript, and this appeal was taken more than sixty days after that date. Appeal dismissed.